

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00237-CV

Sue Ellen **DOWNING**,
Appellant

v.

Gregory C. **DOWNING**,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2023FLB000361C3
Honorable Victor Villarreal, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: June 20, 2024

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See id*. at R. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM